THE ESSEX COUNTY ELECTRIC COMPANY, PLAINTIFF IN ERROR, v. ANDREW KELLY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 31 *Vroom* 306.

For the plaintiff in error, *E. A. & W. T. Day.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COLLINS, DIXON, GARRISON, GUMMERE, LUDLOW, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH. 13.

*For reversal*—None.